[901 NE2d 1274, 873 NYS2d 522]

TRINITY ASSOCIATES, INC., Respondent, v TELESECTOR RE-SOURCES GROUP, INC., Doing Business as VERIZON SERVICES GROUP, INC., Appellant.

Decided January 15, 2009

907

**APPEARANCES OF COUNSEL**

*Dewey & LeBoeuf*, New York City (*Alan B. Howard* of counsel), and *Ledy-Gurren Bass & Siff, LLP* (*Nancy Ledy-Gurren* of counsel), for appellant.

*Greenfield Stein & Senior, LLP*, New York City (*Paul T. Shoemaker* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the

Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs. Evidence supports the jury's conclusions that the 2001 correspondence modified the 1999 agreement and that defendant Verizon Services Group, Inc. breached the agreement as modified.

Concur: Acting Chief Judge CIPARICK and Judges GRAFFEO, READ, SMITH, PIGOTT and JONES.